SUWANEE, GA 30024
DEC 18, 2025

PRESS FIRMLY TO SEAL



FSC
MIX
Board
FSC® C116916

PAPER
POUCH

**EXHIBIT**
**A**

98124

**$33.40**

RDC 07

S2324M502235-80

RECEIVED
**DEC 23 2025**



Licensing

Department:
Received Date:

Dec 23, 2025 8:44 AM

**PRIORITY**
EXPRESS®

COSTCO

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY**
**MAIL**
**EXPRESS** ®



ER 245 723 477 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)                    PHONE ( 704-361-7510

Tony Johnson & Kim Johnson
5180 Aldeburgh CT
Suwanee, GA 30024

**DEL'VERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)                    PHONE ( )

Costco Wholesale Corporation
P.O. Box 35005
Seattle, WA 98124

ZIP + 4® (U.S. ADDRESSES ONLY)
9 8 1 2 4

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☑ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 30024 | 12/22/25 | $ 33.40 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 12/18/25 | ☑ 6:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 6:06 ☐ AM ☑ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 33.40 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|---|
| 3 lbs. 30 ozs. | | ST | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996





PAPER
POUCH

how2recycle.info







**UNITED ST...**
**POSTAL SE...**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

TONY JOHNSON and KIM JOHNSON,  )
Individually and as Parents and Natural  )
Guardians of ASHTON JOHNSON, a Minor,  )
  )
Plaintiffs,  )   Demand For Jury Trial
  )
vs.  )   Civil Action File No.  25A  11759-1
  )
BROOKLYN BITES NY, LLC,  )
and  )
COSTCO WHOLESALE CORPORATION,  )
  )
Defendants.  )

## COMPLAINT FOR DAMAGES

Plaintiffs Tony Johnson and Kim Johnson, individually and as parents and natural guardians of their minor son, Ashton Johnson, file this Complaint against Defendants Brooklyn Bites NY, LLC and Costco Wholesale Corporation and show the Court as follows:

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiffs Tony Johnson and Kim Johnson reside in Gwinnett County, Georgia, and are the parents and legal guardians of minor child Ashton Johnson.

2.

Defendant Brooklyn Bites NY, LLC is a limited liability company engaged in the manufacture, packaging, distribution, and sale of chocolate candies, including the product at issue. It may be served via its registered agent according to law.

3.

Defendant Costco Wholesale Corporation is a foreign corporation authorized to do business in Georgia and operating retail warehouses in Gwinnett County. It may be served via its

registered agent according to law.

4.

Jurisdiction and venue are proper in the Superior Court of Gwinnett County because the acts and omissions giving rise to this lawsuit occurred in Gwinnett County and both Defendants transact business within this Court's jurisdiction.

## FACTUAL ALLEGATIONS

5.

On or about May 24, 2025, Plaintiffs purchased or otherwise obtained chocolate candies (the "Candy" or "Candies") manufactured, packaged, or distributed by Defendant Brooklyn Bites and sold by Defendant Costco.

6.

The packaging for the Candy failed to disclose the presence of nuts or nut-derived ingredients.

7.

Minor child Ashton Johnson consumed the Candies and suffered a severe allergic reaction, including anaphylaxis, requiring emergency medical care and causing physical harm, pain and suffering, emotional distress, and continuing medical needs.

8.

Plaintiffs relied on the product's labeling to ensure it was safe for their child, who requires accurate allergen information for his protection.

9.

The absence of nut-allergen disclosure rendered the Candies unreasonably dangerous and misbranded.

10.

Defendants knew or should have known that (a) the Candy contained nuts, (b) allergens must be disclosed on labels, and (c) consumers rely on ingredient lists for safety.

11.

Defendants failed to correct the mislabeling, warn consumers, or remove the product from sale despite actual or constructive knowledge of the danger.

## CLAIMS FOR RELIEF

## COUNT I

## Negligence (All Defendants)

12.

Plaintiffs hereby incorporate their prior paragraphs herein.

13.

Defendants owed a duty to exercise ordinary care in the manufacture, labeling, inspection, marketing, distribution, and sale of the Candy.

14.

Defendants breached this duty by failing to properly list nut ingredients, warn of allergens, verify the accuracy of labeling, implement adequate quality control, or remove hazardous products from sale.

15.

Defendants' negligence proximately caused Plaintiffs' and Ashton's injuries and damages.

## COUNT II

### Negligence Per Se (All Defendants)

16.

Plaintiffs hereby incorporate their prior paragraphs herein.

17.

Defendants violated federal and state labeling and food-safety statutes, including the Food Allergen Labeling and Consumer Protection Act (21 U.S.C. § 343(w)).

18.

Plaintiffs and Ashton are members of the class of individuals such statutes are designed to protect.

19.

Defendants' statutory violations directly caused Ashton's injuries and Plaintiffs' damages.

## COUNT III

### Strict Products Liability – Failure to Warn (All Defendants)

20.

Plaintiffs hereby incorporate their prior paragraphs herein.

21.

Defendants placed into the stream of commerce a product defective due to inadequate warnings and failure to disclose known allergens.

22.

The defect rendered the product unreasonably dangerous and directly caused Plaintiffs' injuries.

## COUNT IV

### Strict Products Liability – Manufacturing Defect (Brooklyn Bites)

23.

Plaintiffs hereby incorporate their prior paragraphs herein.

24.

The Candies deviated from their intended design or specifications by containing nuts, but were not labeled as such.

25.

This deviation rendered the product unreasonably dangerous and directly caused Plaintiffs' injuries.

## COUNT V

### Strict Products Liability – Design Defect (Brooklyn Bites)

26.

Plaintiffs hereby incorporate their prior paragraphs herein.

27.

Manufacturing and packaging systems that allowed allergens to be present without disclosure were defectively designed and created an unreasonable risk to consumers, which directly caused Plaintiffs' injuries.

## COUNT VI

### Breach of Express Warranty (All Defendants)

28.

Plaintiffs hereby incorporate their prior paragraphs herein.

29.

Defendants expressly warranted through labeling and packaging that the Candies contained accurate ingredient information.

30.

The Candy did not conform to these express representations and directly caused Plaintiffs' injuries.

## COUNT VII

### Breach of Implied Warranty of Merchantability (All Defendants)

31.

Plaintiffs hereby incorporate their prior paragraphs herein.

32.

The Candies were not fit for the ordinary purpose of safe human consumption and directly caused Plaintiffs' injuries.

## COUNT VIII

### Breach of Implied Warranty of Fitness for a Particular Purpose (All Defendants)

33.

Plaintiffs hereby incorporate their prior paragraphs herein.

34.

Defendants knew consumers rely on ingredient labels to avoid allergens, including nut allergens.

35.

Defendants breached these warranties, causing Plaintiffs' damages.

## COUNT IV

### Failure to Recall (All Defendants)

36.

Plaintiffs hereby incorporate their prior paragraphs herein.

37.

Defendants knew or should have known the Candies posed a danger to consumers but failed to issue proper recall notices or remove the products from sale, which directly caused Plaintiffs' injuries.

## COUNT X

### Punitive Damages (O.C.G.A. § 51-12-5.1)

38.

Plaintiffs hereby incorporate their prior paragraphs herein.

39.

Defendants' actions demonstrate willful misconduct, wantonness, and conscious indifference to the consequences of selling mislabeled allergen-containing food, which directly caused Plaintiffs' injuries.

40.

Plaintiffs are entitled to punitive damages.

## COUNT XI

### Parental Claims for Medical Expenses

41.

Plaintiffs hereby incorporate their prior paragraphs herein.

42.

As parents of a minor, Tony and Kim Johnson are entitled to recover all past and future medical expenses incurred on Ashton's behalf.

43.

Plaintiff hereby demands a trial by jury on all issues so triable pursuant to O.C.G.A. § 9-11-38.

WHEREFORE, Plaintiffs respectfully request:

a. General damages in an amount to be determined by a jury;

b. Special damages, including past and future medical expenses in the amount of at least $43,087.50;

c. Compensation for pain and suffering, emotional distress, and other non-economic damages in the amount of at least $86,175.00;

d. Punitive damages;

e. Attorneys' fees and litigation expenses as allowed by law;

f. Pre-and post-judgment interest;

g. Trial by jury on all issues;

h. Such other and further relief as the Court deems just and proper.

Respectfully submitted this 16th day of December, 2025.

                         TONY JOHNSON and
                         KIM JOHNSON,
                         Individually and as Parents and Natural
                         Guardians of ASHTON JOHNSON, a Minor

5180 Adleburgh Court
Suwanee, Georgia 30024
704.361.1510
ajbiz10@yahoo.com

25A 11759-1

**VERIFICATION**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Tony Johnson and Kim Johnson, who, after first being duly sworn, depose and state that they are Plaintiffs in the foregoing Complaint; that they have read the Complaint; and that the facts contained therein are true and correct to the best of their knowledge, information, and belief.

Respectfully submitted, this 16ᵗʰ day of December, 2025.

By: _____
    Tony Johnson

By: _____
    Kim Johnson

Sworn to and subscribed before me
this 16ᵗʰ day of December, 2025.

_____
Notary Public
My Commission Expires: 07-13-2027

CARLOS MANELIA
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires July 13, 2027

Page **10** of 2